Melvis PALMER, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. ED 79044.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 21, 2001.

Application for Transfer to Supreme Court Denied Oct. 4, 2001.

Application for Transfer Denied
Nov. 20, 2001.

Mark A. Grothoff, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Adriane D. Crouse, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before RICHARD B. TEITELMAN, P.J., GARY M. GAERTNER, SR. J., and CLIFFORD H. AHRENS, J.

### ORDER

PER CURIAM.

Movant, Melvis Palmer, ("movant"), appeals the judgment of the Circuit Court of Pike County denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and conclude the motion court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).